FILED
CLERK, U.S. DISTRICT COURT

APR 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

Priority ✓
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIR FAIRIES, INC., A California Corporation, et al.,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JERRY TYLER, President of the Board of Barbering and Cosmetology, et al.,<br>　　　　　　　　　　　　　　Defendants. | C V 07-06708 AHM (JCx)<br><br>[PROPOSED] ORDER FOR SETTLEMENT<br><br>The Honorable A. Howard Matz<br>United States District Judge |

　　　　GOOD CAUSE APPEARING, IT IS ORDERED that:

　　　　Plaintiffs, Hair Fairies, Inc., et al., agree to voluntarily dismiss this action with prejudice and defendants, Jerry Tyler, et al., agree to withdraw any citation that may be pending against plaintiffs for engaging in the practice of removal of head lice, acknowledge that the simple manual removal of head lice is not within the practice of licensed cosmetology, and acknowledge that the Board of Barbering and Cosmetology will not pursue any form of discipline for the practice of simple removal of head lice. Additionally, both parties agree that each party will bear their costs of litigation and neither party will pursue the other for costs or fees related to this action.

　　　　IT IS SO ORDERED.

Dated: 4/16/08

_____
The Honorable A. Howard Matz
United States District Judge

Submitted by:

EDMUND G. BROWN JR.
Attorney General of the State of California

WILBERT E. BENNETT
Supervising Deputy Attorney General

Dated: April 15, 2008

_____/S/_____
DIANN SOKOLOFF
Deputy Attorney General

Attorney for Defendants

Ernest J. Franceschi, Jr.
Sandeep Baweja
ERNEST J. FRANCESCHI, JR.
A LAW CORPORATION
445 South Figueroa, 26th Floor
Los Angeles, CA 90071
Telephone: 213-612-7723
Facsimile: 213-612-7724
Email: efranceschi@earthlink.net

Dated: April 15, 2008

_____/S/_____
Ernest J. Franceschi, Jr.

Attorney for Plaintiffs